**William Hencely DAVIS, Jr., Plaintiff—Appellant,**

v.

**W. Osmond SMITH, III, Defendant— Appellee.**

**William Hencely DAVIS, Jr., Plaintiff—Appellant,**

v.

**Joel H. Brewer, Defendant—Appellee.**

**No. 04–6890, 04–6951.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 3, 2004.

William Hencely Davis, Jr., Appellant pro se.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William Hencely Davis, Jr., appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaints under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the records and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. *See Davis v. Smith*, No. CA–04–43–1; *Davis v. Brewer*, No. CA–03–1189–1 (M.D.N.C. filed Mar. 29, 2004 & entered Mar. 30, 2004; Apr. 30, 2004). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*DISMISSED*